## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| MARCUS VERNELL COLEMAN #322817 | CASE NO. 2:18-CV-00563 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| DARRYL VANNOY ET AL | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objection to the Report and Recommendation in the record;

IT IS ORDERED that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that a certificate of appealability is hereby **DENIED**, as Petitioner has failed to make a substantial showing of the denial of a constitutional right.

THUS DONE in Chambers on this _____9th_____ day of October, 2018.

Robert R. Summerhays
United States District Judge